United States District Court
Southern District of Texas
FILED

JAN 28 2000

C-00-039   MICHAEL N. MILBY, CLERK

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE         01/13/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                 09:54:14
TDCJ#: 00593925 SID#: 04510063 LOCATION: MCCONNELL    INDIGENT DTE: 01/23/98
NAME: PITIE,MITCHEL                      BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.32 TOT HOLD AMT:         607.60 3MTH TOT DEP:      0.00
6MTH DEP:            0.00 6MTH AVG BAL:           0.32 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
 12/99         0.32          0.00         09/99         0.32          0.00
 11/99         0.32          0.00         08/99         0.32          0.00
 10/99         0.32          0.00         07/99         0.32          0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _13_ DAY OF _Jan_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002