IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| **Pitre, Mitchell, Plaintiff** | § | |
| | § | |
| vs. | § | Civil Action No. C-00-039 |
| | § | |
| **Prasifka, Thomas, et al., Defendants** | § | |

## NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading, within 20 days of the date of this notice, the plaintiff must file one of the following. **Title your filing "Compliance."**

_____ The <u>complete</u> names of all defendants, or as much of the names as are known, and any identifying information (such as gender, race, approximate age), and a complete address for each.

_____ _____ copies of the complaint.

_____ A filing fee of **$5.00** for habeas corpus petitions or a fully complete application for leave to proceed *in forma pauperis*. (28 U.S.C. § 1914-15)

__X__ A filing fee of **$150.00** for actions filed under 42 U.S.C. § 1983 or a fully complete application for leave to proceed *in forma pauperis*.

_____ Submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

_____ Other:_____
_____
_____

**If the plaintiff fails to comply on time, the Court may dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

Dated: January 28, 2000 at Corpus Christi, Texas.


MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT

BY: ___*Dana R. Puy*___
Deputy Clerk

4.