In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

FEB 18 2000

Michael N. Milby, Clerk

Mitchell Pitre,
    Plaintiff,

vs.

Thomas Arasiska,
    Defendant's.

Civil Action No#: C-00-039.

## Plaintiff Motion For Voluntary Dismissal

To the Said Judge of Said Court:

Come's now the Plaintiff, Mitchell Pitre, who move's the Court pursuant to Fed. R. Civ. Procd. 41.(a) to dismiss this the said above action without prejudice.

Done this the 13th day of February, 2000.

*Mitchell Pitre*
SIGNATURE

5