United States District Court
Southern District of Texas
ENTERED

MAR - 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MITCHELL PITRE | § | |
| | § | |
| V. | § | C.A. NO. C-00-039 |
| | § | |
| THOMAS PRASIFKA, et al | § | |

### ORDER OF DISMISSAL

Plaintiff Mitchell Pitre has filed a Motion for Voluntary Dismissal of his claims in this cause without prejudice. Plaintiff's Motion is GRANTED. It is therefore ORDERED that Plaintiff's claims are dismissed without prejudice.

ORDERED this _4th_ day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE