United States District Court
Southern District of Texas
ENTERED

MAR - 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MITCHELL PITRE | § | |
| | § | |
| V. | § | C.A. NO. C-00-039 |
| | § | |
| THOMAS PRASIFKA, et al | § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff Mitchell Pitre's Motion for Voluntary Dismissal of his claims without prejudice and the Court's Order of Dismissal, the Court enters final judgment dismissing this action without prejudice.

ORDERED this ____ day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE